FILED
2019 Mar-05 PM 01:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. 2:16-CR-0238-SLB-HNJ** |
| | ) | |
| **DERRICK G. BARKER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

This case is before the court on a Motion by the United States to Dismiss. (Doc. 61.) According to the Motion, defendant, Derrick G. Barker, "successfully completed a 12-month period of pre-trial diversion on or about March 1, 2019." (*Id.*)

In consideration of the government's representation, the Motion by the United States to Dismiss, (doc. 61), is **GRANTED**, and this case is **DISMISSED**.

**DONE** this 5th day of March, 2019.

Sharon Lovelace Blackburn

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE